Consolidated Paper Company, appellee, v. Maurice Pushker, appellant. Gen. No. 29,819.

Action upon a guaranty of debt. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the second division of this court for the

first district at the October term, 1924.   Affirmed.   Opinion filed July 14, 1925.

Charles L. Cohns, for appellant.   Osborne, Kline & McGurren, for appellee; Wilson P. Kline, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.